

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JM:NMA
F.#2011R01352

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 28, 2011

By Hand

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Anthony Ciliento
           Criminal Docket No. 11-651

Dear Judge Matsumoto:

      We write to bring this matter to the Court's attention so that Your Honor may consider whether to transfer the above-captioned case of defendant Anthony Ciliento ("Ciliento") to Judge Cogan. In United States v. Christo, 10 CR 114 (BMC) ("Christo"), the defendant pled guilty to an information alleging, inter alia, his participation in a narcotics distribution conspiracy, in violation of 21 U.S.C. § 846. Christo, which was assigned to Judge Cogan, was initially sealed based upon the defendant's motion for reasons related to the defendant's safety. On September 26, 2011, the Court unsealed the docket at the request of the government. On September 20, 2011, the grand jury returned a two-count indictment in the instant case charging the defendant with participating in a narcotics distribution conspiracy, in violation of 21 U.S.C. § 846, and narcotics distribution, in violation of 21 U.S.C. § 841(a)(1).

      Had the Christo case not been sealed, the government would have designated the instant case as related to Christo at the time of filing, pursuant to then-Chief Judge Dearie's Administrative Order dated February 27, 2008, since the instant case "involves the same specific conduct that is a subject of" Christo. In particular, Counts One and Two of the indictment in Ciliento relate to the same conduct that is the subject of Count One of the information in Christo. Moreover, many of the issues at trial in Ciliento's case will overlap with those in the Christo case, including the presentation of evidence regarding the years-long narcotics conspiracy and its participants. As a

2

result, relation of the two cases is likely to result in a substantial saving of judicial resources.

In conformity with Local Rule 50.3(e)'s requirement that related cases be assigned to the judge with the lowest docket number in the series of cases, the government respectfully requests that the Court consider transferring <u>Ciliento</u> to Judge Cogan, who is presiding over <u>Christo</u>.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

By: _____
     Marshall Miller
     Assistant U.S. Attorney
     Deputy Chief, Criminal Division
     (718) 254-6421

     _____
     Nicole M. Argentieri
     Assistant U.S. Attorney
     (718) 254-6232

cc:   The Honorable Brian M. Cogan (By Hand)
      Clerk of the Court (KAM) (By Hand)
      Edward McQuat, Esq. (By Facsimile)